## STATE v. ATTAWAY

No. 361P92

Case below: 107 N.C.App. 489

Motion by Attorney General to dismiss appeal by defendant for lack of substantial constitutional question allowed 18 November

1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.